# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **CAROLINE BENDIXEN,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) **CIVIL ACTION NO.**<br>) **3:17-cv-181-DJH** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Caroline Bendixen ("Plaintiff") and defendant Midland Credit Management, Inc. ("MCM") (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this the 10th day of July, 2017,

*/s/ Zachary L. Taylor* (with permission)
Zachary L. Taylor
TAYLOR COUCH PLLC
2815 Taylorsville Road, Suite 101
Louisville, KY 40205
Phone: (502) 625-5000
ztaylor@taylorcouchlaw.com

Attorney for Plaintiff
CAROLINE BENDIXEN

29991089 v1

          */s/ Reid S. Manley*
          Reid S. Manley
          Kentucky Bar No. 90360
          BURR & FORMAN LLP
          420 North 20th Street, Suite 3400
          Birmingham, Alabama  35203
          Telephone: (205) 251-3000
          Facsimile: (205) 458-5100
          Email: rmanley@burr.com

          Attorney for Defendant
          MIDLAND CREDIT MANAGEMENT, INC.