UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CAROLINE BENDIXEN,     Plaintiff,

v.     Civil Action No. 3:17-cv-181-DJH-CHL

MIDLAND CREDIT MANAGEMENT, INC.,     Defendant.

\* \* \* \* \*

## ORDER

The parties have filed an agreed order of dismissal with prejudice signed by all parties who have appeared. (Docket No. 13) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

August 16, 2017

**David J. Hale, Judge**
**United States District Court**